# Court of Appeals
# of the State of Georgia

ATLANTA, February 17, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0516.  SMITH et al. v. CHASE HOME FINANCE, LLC.**

An appeal in the captioned case was docketed in this Court on November 14, 2013.  The Appellants' brief, including enumeration of errors, was due to be filed within 20 days after the case was docketed – no later than December 4, 2013. Court of Appeals Rules 22 (a); 23 (a).  Appellants did not comply with the rules of this Court requiring that a brief and enumeration of errors be filed within 20 days after the case was docketed, nor did Appellants request an extension of time before expiration of the 20-day filing deadline.  Accordingly, the appeal in the captioned case is DISMISSED. Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/17/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*